UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br>378 N. Main Avenue<br>Tucson, AZ 85701, | ) ) ) ) ) | |
| Plaintiff, | ) ) | Case No: 1:18-cv-00862 |
| v. | ) ) ) | |
| RYAN ZINKE, in his official capacity as<br>Secretary of the U.S. Department of the Interior,<br>1849 C Street, N.W.<br>Washington, DC 20240, | ) ) ) ) ) ) | |
| and | ) ) | |
| U.S. FISH AND WILDLIFE SERVICE,<br>1849 C Street, N.W.<br>Washington, DC 20240, | ) ) ) ) ) | |
| Defendants. | ) ) | |

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for Plaintiff, certify that to the best of my knowledge and belief, the Center for Biological Diversity has no parent corporations, subsidiaries, or any outstanding securities in the hands of the public.

Dated this 12th day of April, 2018

Respectfully submitted,

*/s/ Ryan Adair Shannon*
Ryan Adair Shannon
(D.C. Bar No. OR 00007)
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211-0374
(503) 283-5474 ext. 407
rshannon@biologicaldiversity.org