UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>RYAN ZINKE, *et al.*  )<br>  )<br>    Defendants.  )<br>_____)  | Case No: 1:18-cv-00862-DLF<br><br>**AFFIDAVIT OF SERVICE** |

I respectfully certify that service pursuant to Fed. R. Civ. P. 4(i) for the above captioned case took place as described below, which included true and correct copies of each of the following documents:

| | |
|---|---|
| ECF 1 | Complaint |
| ECF 1-1 | Civil Cover Sheet |
| ECF 2 | Corporate Disclosure Statement |
| ECF 3 | Issued Summons |
| ECF 3-1 | Notice of Right to Consent to a Magistrate Judge |

On April 16, 2018, the above listed documents were sent by certified mail, return receipt requested, to the following parties:

Ryan Zinke, Secretary
U.S. Department of Interior
1849 C Street, NW
Washington, D.C. 20240-0001

U.S. Fish and Wildlife Service
1849 C Street, NW
Washington, D.C. 20240

U.S. Attorney
c/o Civil Process Clerk
555 4th Street, NW
Washington, D.C. 20001-2733

Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

The U.S. Fish and Wildlife Service, Secretary Zinke, and Attorney General received the documents on April 23, 2018.  The U.S. Attorney received the documents on April 24, 2018.  Receipts and delivery confirmation verifying this information are attached hereto as Exhibit A.


DATED: May 1, 2018                              */s/ Cynthia Elkins*
                                                         Cynthia Elkins, Paralegal
                                                         Center for Biological Diversity
                                                         P.O. Box 220
                                                         Whitethorn, CA 95589

# EXHIBIT A

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $3.45
$ $2.75

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $ _____
☐ Return Receipt (electronic)        $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $ _____

Postage $1.63
$
Total Postage and Fees $7.83
$

Postmark Here — LAYTONVILLE CA APR 16 2018 04/16/2018 USPS 95454

Sent To: Ryan Zinke, US Dep't of Interior
Street and Apt. No., or PO Box No.: 1849 C Street, NW
City, State, ZIP+4®: Washington, DC 20240-0001

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7017 3040 0000 4129 6682

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Ryan Zinke, Secretary
   US Dep't of Interior
   1849 C Street, NW
   Washington, DC 20240-0001

   9590 9402 3486 7275 1545 56

2. Article Number (Transfer from service label)

   7017 3040 0000 4129 6682

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  C. Knight
☐ Agent
☐ Addressee

B. Received by (Printed Name): A. Knight
C. Date of Delivery: 4-23-18

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $3.45
$ $2.75
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ ____
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $ ____
Postage $1.63
$
Total Postage and Fees $7.83
$

Postmark Here — LAYTONVILLE CA, APR 16 2018, 0548, 14, 04/16/2018 95454, USPS

Sent To: US Fish & Wildlife Service
Street and Apt. No., or PO Box No.: 1849 C Street, NW
City, State, ZIP+4®: Washington DC 20240

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

Tracking: 7017 3040 0000 4129 6736

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US Fish & Wildlife Serv.
1849 C Street, NW
Washington, DC 20240

9590 9402 3486 7275 1545 63

2. Article Number (Transfer from service label)
7017 3040 0000 4129 6736

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  CCU
☐ Agent
☐ Addressee

B. Received by (Printed Name): CCU
C. Date of Delivery: 4-23-2018

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053  Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee $3.45
$ $2.75                                      0548
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ $0.00
☐ Return Receipt (electronic)         $ $0.00        Postmark
☐ Certified Mail Restricted Delivery  $ $0.00         Here
☐ Adult Signature Required            $ $0.00
☐ Adult Signature Restricted Delivery $
Postage $1.63
$
Total Postage and Fees $7.83
$
Sent To US Attorney, C/o Civil Process Clerk
Street and Apt. No., or PO Box No. 555 4th St. NW
City, State, ZIP+4® Washington, DC 20001-2733

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

Postmark: LAYTONVILLE CA APR 16 2018 95454 USPS

Article number (left side): 7017 3040 0000 4129 6729

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US Attorney
C/o Civil Process Clerk
555 4th St, NW
Washington, DC 20001-2733

9590 9402 3486 7275 1548 22

2. Article Number *(Transfer from service label)*

7017 3040 0000 4129 6729

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *[signature]*  ☐ Agent
                 ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery
                                    APR 24 2018

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature                      ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery  ☐ Registered Mail™
☑ Certified Mail®                      ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery   ☐ Return Receipt for Merchandise
☐ Collect on Delivery                  ☐ Signature Confirmation™
☐ Collect on Delivery Restricted Delivery  ☐ Signature Confirmation Restricted Delivery
        stricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $3.45 | |
| $ | $2.75 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) $ | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery $ $0.00 | Here |
| ☐ Adult Signature Required $ $0.00 | APR 16 2018 |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $1.63 | |
| Total Postage and Fees $7.83 | |

Sent To: Attorney General, Dep't of Justice
Street and Apt. No., or PO Box No.: 950 Pennsylvania Av, NW
City, State, ZIP+4®: Washington, DC 20530-0001

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7017 3040 0000 4129 6712

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attorney General
US Dept of Justice
950 Pennsylvania Av, NW
Washington, DC 20530-0001

9590 9402 3486 7275 1548 53

2. Article Number *(Transfer from service label)*
7017 3040 0000 4129 6712

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Erly Aase_   ☐ Agent
                ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery
APR 23 2018

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ... Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt