**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>　　　　Plaintiff<br><br>　　　v.<br><br>RYAN ZINKE, in his official capacity as Secretary of the U.S. Department of the Interior, et al.,<br><br>　　　　Defendants. | Case No.: 1:18-cv-862-DLF<br><br>**DEFENDANTS' NOTICE OF SUBMISSION OF 12-MONTH FINDING TO THE OFFICE OF THE FEDERAL REGISTER** |

**NOTICE OF SUBMISSION OF 12-MONTH FINDING
TO THE OFFICE OF THE FEDERAL REGISTER**

Defendants Ryan Zinke, in his official capacity as Secretary of the United States Department of the Interior, and the United States Fish and Wildlife Service ("Service"), hereby notify the Court and all counsel of record that the Service submitted its 12-month finding on Plaintiff Center for Biological Diversity's petition to list the Tinian monarch as a threatened or endangered species under the Endangered Species Act to the Office of the Federal Register on December 14, 2018.  16 U.S.C. § 1533(b)(3)(B).  On December 19, 2018, the Service's 12-month finding on Plaintiff's petition was published in the Federal Register.  83 Fed. Reg. 65,133 (Dec. 19, 2018).  Pursuant to the Court's July 23, 2018 Minute Order Granting Defendants' Unopposed Motion to Stay, Defendants request that the stay in this case be lifted on December 31, 2018, and the Court order the parties to confer and file a joint status report by January 14, 2019.

Dated: December 19, 2018

Respectfully Submitted,

JEAN E. WILLIAMS,
Deputy Assistant Attorney General
SETH M. BARSKY, Chief
MEREDITH L. FLAX, Assistant Section Chief


 */s/ Sarah J. Sheffield*
Sarah J. Sheffield,
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 305-0211
Fax: (202) 305-0275
E-mail: sarah.sheffield@usdoj.gov