UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>BERNHARDT, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No.: 1:18-cv-862-DLF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendants, by and through their undersigned counsel, hereby stipulate that the above captioned matter should be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: January 30, 2019

                                                Respectfully Submitted,

                                                */s/ Ryan Adair Shannon*
                                                Ryan Adair Shannon
                                                (D.C. Bar No. OR 00007)
                                                Center for Biological Diversity
                                                P.O. Box 11374
                                                Portland, OR 97211-0374
                                                (214) 476-8755
                                                rshannon@biologicaldiversity.org

                                                Amy R. Atwood
                                                (D.C. Bar No. 470258)

Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211-0374
(971) 717-6401
atwood@biologicaldiversity.org

*Attorneys for Plaintiff*


JEAN E. WILLIAMS,
Deputy Assistant Attorney General
SETH M. BARSKY, Chief
MEREDITH L. FLAX, Assistant Section Chief


*/s/ Sarah J. Sheffield*
Sarah J. Sheffield,
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 305-0211
Fax: (202) 305-0275
E-mail: sarah.sheffield@usdoj.gov

*Attorneys for Defendants*